Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Amos A. Lowder (Bar No. 269362)
ALowder@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYNNE CHOPHEL,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | Case No. CV10-4029 JCS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 6-1]<br><br>Complaint served: September 15, 2010<br>Current response date: October 6, 2010<br>New response date: November 5, 2010 |

WHEREAS, plaintiff MARILYNNE CHOPHEL ("Plaintiff") served upon defendant STANDARD INSURANCE COMPANY ("STANDARD") the Complaint in this action on September 15, 2010;

WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Standard by October 6, 2010;

WHEREAS, for good cause and pursuant to Local Rule 6-1, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Standard to November 5, 2010;

IT IS HEREBY STIPULATED by and between Plaintiff and Standard, by and through their respective attorneys of record that the time within which a

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

1

Case No. CV10-4029 JCS
STIPULATION TO EXTEND TIME

responsive pleading to Plaintiff's Complaint must be filed and served by Standard is extended to November 5, 2010.

IT IS SO STIPULATED.

Dated: October 5, 2010

KANTOR & KANTOR LLP
Glenn R. Kantor

By: */s/ Glenn R. Kantor*
    Glenn R. Kantor
    Attorneys for Plaintiff
    MARILYNNE CHOPHEL

Dated: October 5, 2010

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Amos A. Lowder

By: /s/ Amos A. Lowder
    Amos A. Lowder
    Attorneys for Defendant
    STANDARD INSURANCE COMPANY

Dated: 10/06/10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

Case No. CV10-4029 JCS
STIPULATION TO EXTEND TIME

2