1  Glenn R. Kantor, State Bar No. 122643
      E-mail: gkantor@kantorlaw.net
2  Brent Dorian Brehm, State Bar No. 248983
      E-mail: bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone: (818) 886-2525
5  Facsimile: (818) 350-6272

6  Attorneys for Plaintiff,
   MARILYNNE CHÖPHEL
7
   Linda M. Lawson (Bar No. 77130)
8     E-mail: Llawson@mmhllp.com
   Amos A. Lowder (Bar No. 269362)
9     E-mail: Alowder@mmhllp.com
   MESERVE, MUMPER & HUGHES LLP
10 300 South Grand Avenue, 24th Floor
   Los Angeles, California 90071-3185
11 Telephone: (213) 620-0300
   Facsimile: (213) 625-1930
12
   Attorneys for Defendant
13 STANDARD INSURANCE COMPANY

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 MARILYNNE CHÖPHEL,               )   Case No. CV 10- 4029 JSW
                                    )
19            Plaintiff,            )
                                    )   [PROPOSED] ORDER TO
20                                  )   CONTINUE CASE MANAGEMENT
       vs.                          )   CONFERENCE
21                                  )
                                    )   Current Date: January 7, 2011
22 STANDARD INSURANCE               )   Proposed Date: February 25, 2011
   COMPANY,                         )
23                                  )
              Defendant.            )
24 _____ )

25

26

27

28

---

1

Case No. CV 10- 4029 JSW
[PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

1     Having reviewed the stipulation of the parties, and for good cause showing, the Case Management Conference currently set for January 7, 2011 at 1:30 p.m. is hereby continued to February 25, 2011 at 1:30 p.m.

DATED: January 3, 2011

_____
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT JUDGE

Case No. CV 10- 4029 JSW
[PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

2