Glenn R. Kantor, State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARILYNNE CHÖPHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYNNE CHÖPHEL, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 10- 4029 JSW <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Following settlement of this matter, Plaintiff MARILYNNE CHÖPHEL and Defendant STANDARD INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

Case No. CV 10-4029 JSW
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF ACTION WITH PREJUDICE

each party to bear its own costs, expenses and attorney's fees.

Dated: February 24, 2011                KANTOR & KANTOR, LLP

                                        By: _/ s / Glenn R. Kantor_
                                            Glenn R. Kantor

                                        Attorneys for Plaintiff,
                                        MARILYNNE CHOPHEL

Dated: February 24, 2011                MESERVE, MUMPER & HUGHES LLP

                                        By: _/ s / Linda M. Lawson_
                                            Linda M. Lawson

                                        Attorneys for Defendant,
                                        STANDARD INSURANCE COMPANY

IT IS HEREBY ORDERED:

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to Defendant STANDARD INSURANCE COMPANY. Each party shall bear its own fees and costs.

Dated: February 25, 2011

_/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE

2

Case No. CV 10-4029 JSW
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE